# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

153305

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

JONATHAN DEWIG HICKERSON,
　　　　Defendant-Appellee.

SC: 153305
COA: 322891
Oakland CC: 2013-244355-FC

_____/

　　　　By order of May 31, 2017, the application for leave to appeal the January 21, 2016 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Skinner* (Docket No. 152448) and *People v Hyatt* (Docket No. 153081). On order of the Court, the cases having been decided on June 20, 2018, 502 Mich 89 (2018), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE part II.B. of the Court of Appeals judgment and we REMAND this case to that court to review the defendant's sentence for first-degree murder for an abuse of discretion.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



Clerk

a1126